FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GABRIEL S. CASTELLANOS, ) | NO. CV 11-1263-GHK(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| MIKE McDONALD, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____6/17_____, 2011.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE